No. 02–10078. McClaran v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 02–10080. Harris v. Campbell, Warden. C. A. 9th Cir. Certiorari denied.

No. 02–10081. Gamez v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 02–10082. Cook v. Lavan, Superintendent, State Correctional Institution at Dallas, et al. C. A. 3d Cir. Certiorari denied.

No. 02–10085. Carter v. Cain, Warden. C. A. 5th Cir. Certiorari denied.

No. 02–10093. Moore v. Kinney, Warden. C. A. 8th Cir. Certiorari denied.

No. 02–10101. Weik v. South Carolina. Sup. Ct. S. C. Certiorari denied.

No. 02–10104. Ervin v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–10106. Hill v. Hunt et al. C. A. 4th Cir. Certiorari denied.

No. 02–10110. Osteen v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 02–10119. Navarro v. California. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 02–10125. Reese v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 02–10127. Pickens v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 02–10128. Binns v. Knowles, Warden. C. A. 9th Cir. Certiorari denied.